UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

BYRON BEELER,

Case No. 87-04456

Debtor(s) /

## ORDER DIRECTING DISBURSEMENT OF FUNDS

On January 15, 1997 and on June 9, 1997, the Chapter 7 Trustee, Leigh R. Meininger, filed Reports of Unclaimed Funds. Mr. Meininger submitted to the Court, pursuant to 11 U.S.C. §347, the amount of $3,837.98 that was unclaimed by James, Inez and Angela Faulk. On February 11, 2004, Inez B. Faulk and Angela Faulk Sewell notified the Court they had not received their distribution of funds. Inez B. Faulk and Angela Faulk Sewell also notified the court that Mr. James Faulk is deceased. Therefore, it is

ORDERED that the funds held in the registry of the Court in the amount of $3,837.98 be disbursed to Inez B. Faulk and Angela Faulk Sewell, 3516 Stratford Lane, Pace, FL 32571.

DONE and ORDERED at Tallahassee, Florida, this 17 day of February, 2004.

LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:

U.S. Trustee
Inez Faulk & Angela Sewell, creditors

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1129-3        User: lbond              Page 1 of 1              Date Rcvd: Feb 18, 2004
Case: 87-04456              Form ID: pdf002          Total Served: 2

The following entities were served by first class mail on Feb 20, 2004.
ust         United States Trustee,   227 N. Bronough Street,   Suite 1038,   Tallahassee, FL   32301
            Inez B. Faulk and Angela Faulk Sewell,   3516 Stratford Lane,   Pace, FL   32571

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2004**                     **Signature:** *Joseph Speetjens*